# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-51019
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2015

Lyle W. Cayce
Clerk

HERMINIA S. ALEMAN,

Plaintiff-Appellant

v.

WEST BUSINESS SOLUTIONS, L.L.C.,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:13-CV-994

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Herminia S. Aleman, proceeding *pro se* in the district court and in this appeal, asks us to reverse the district court's denial of her Motion for Summary Judgment and that court's summary judgment in favor or Defendant-Appellee West Business Solutions, L.L.C. ("West"). We affirm.

Aleman asserted two claims of discrimination: (1) Age discrimination in terminating her participation in a training program for missing one full day

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-51019

and (2) retaliation for her alleged interest, participation, or encouragement of her daughter's previous employment discrimination claim against West. Following the filing of cross motions for summary judgment, the district court painstakingly explained the law applicable to the facts alleged by Aleman and by West and explained Aleman's failure to allege facts sufficient to constitute a *prima facie* case of age discrimination or retaliation.  The court also addressed the non-discriminatory reasons advanced by West for its actions, which Aleman failed to rebut.  For essentially the same reasons patiently and clearly set forth in the district court's August 8, 2014 Order Regarding Cross-Motions for Summary Judgment, that court's Judgment of even date in favor of West is, in all respects,

AFFIRMED.